UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CYNTHIA THURSTON,

    Plaintiff,

      v.                               Civil Action No. 1:16-cv-00546-JAW

MOUNT DESERT ISLAND HOSPITAL,

    Defendant.

**STIPULATION OF DISMISSAL**

    **NOW COME** the parties, by and through their respective counsel, and hereby stipulate

to the dismissal of this matter with prejudice and without costs to any party.

Dated at Portland, Maine this 26th day of December 2017

/s/ Chad T. Hansen_____
Chad T. Hansen
Attorney for Plaintiff

Maine Employee Rights Group
92 Exchange Street, 2nd Floor
Portland, ME 04101
207-874-0905

/s/ James R. Erwin_____
James R. Erwin, Esq.
Attorney for Defendant

Pierce Atwood
Merrill's Wharf
254 Commercial Street
Portland, ME  04101
207-791-1100